**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ANTHONY MOORE, #00779171, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-065-JDK-JDL |
| | § | |
| TEXAS DEPT. OF CRIM. JUSTICE, | § | |
| *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Anthony Moore, a prisoner of the Texas Department of Criminal Justice proceeding pro se, was one of several prisoners who jointly filed a lawsuit pursuant to 42 U.S.C. § 1983 for alleged violations of their civil rights. Plaintiff's case was severed into this action and referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

After the case was severed, Plaintiff filed an application to proceed *in forma pauperis*, but his prisoner trust account statement established that he had more than sufficient funds to pay the filing fee. Docket No. 5. Accordingly, on March 5, 2026, the Magistrate Judge gave Plaintiff thirty days to pay the filing fee to proceed with this case. Docket No. 8. Plaintiff did not comply.

On June 12, 2026, the Magistrate Judge issued a Report recommending that Plaintiff be denied leave to proceed *in forma pauperis* and that this lawsuit be dismissed for failure to prosecute due to his failure to comply with the Court's order

1

and to pay the required filing fee. Docket No. 11. A copy of this Report was mailed to Plaintiff, who did not file objections within the prescribed period.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 11) as the findings of this Court. It is therefore **ORDERED** that Plaintiff's application to proceed *in forma pauperis* (Docket No. 5) is **DENIED** and this case is **DISMISSED** without prejudice for failure to prosecute. All pending motions are **DENIED as moot**.

So **ORDERED** and **SIGNED** this **15th** day of **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE